

*Fighting For Employee Rights for Over 30 Years*

| | | | | |
|---|---|---|---|---|
| 1525 Locust Street | 9th Floor | Philadelphia, PA 19102 | 215-545-7676 | www.ConsoleLaw.com |
| 110 Marter Avenue | Suite 502 | Moorestown, NJ 08057 | 856-854-4000 | |
| 5 Penn Plaza | 23rd Floor | New York, NY 10001 | 917-985-7761 | |
| 744 W Lancaster Ave. | Suite 220 | Wayne, PA 19087 | 610-596-9796 | |

**LANE J. SCHIFF, ESQUIRE**
schiff@consolelaw.com

October 16, 2020

**<u>Via ECF</u>**

Honorable Timothy J. Savage
U.S. District Court, Eastern District of Pennsylvania
601 Market Street, Room 9614
Philadelphia, PA 19106

   **Re:**  **Caruso, Robert v. Sesame Place and Sea World Parks and Entertainment**
       **Civil Action No. 19-3219**
---

Dear Judge Savage:

  I represent Plaintiff Robert Caruso in the above referenced matter and write to request a fourteen (14) day extension to the Second Order Extending the Order of Dismissal, dated September 30, 2020 (ECF 46). Plaintiff has signed the agreement, and this will allow all parties time to finalize the settlement.

  Thank you for Your Honor's continued attention to this matter.

              Respectfully Submitted,

              LANE J. SCHIFF

LJS:tnm
cc: Katheryn Eisenmann, Esq. (via ECF)