# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ROBERT CARUSO | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| SESAME PLACE, SEAWORLD PARKS & | : | |
| ENTERTAINMENT, LLC, SEAWORLD | : | |
| PARKS & ENTERTAINMENT, INC. and | : | |
| SEAWORLD ENTERTAINMENT, INC. | : | NO. 19-3219 |

## ORDER

**NOW**, this 22nd day of October, 2020, upon consideration of plaintiff's counsel's third request for an extension (Document No. 47), it is **ORDERED** that the time to vacate, modify or strike the order of dismissal under Local Rule 41.1(b) is **EXTENDED** to October 30, 2020.

　　　　　　　　　　　　　　　　　　　　/s/ TIMOTHY J. SAVAGE J.